UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, AND TRAINING PROGRAM FUND, ANNA GUTSIN, *in her fiduciary capacity as Director*, and ROBERT BONANZA, *as Business Manager of the Mason Tenders District Council of Greater New York*,

      Petitioners,

-v.-

TRI STATE CONSTRUCTION & MASONRY INC.,

      Respondent.

20 Civ. 2642 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

 On March 29, 2020, Petitioners filed a petition to confirm an arbitration award. (Dkt. #1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **April 20, 2020**. Respondent's opposition, if any, is due on **May 11, 2020**. Petitioners' reply, if any, is due **May 25, 2020**.

Petitioners shall serve the petition upon Respondents electronically and by overnight mail no later than **April 6, 2020,** and shall file an affidavit of such service with the court no later than **April 12, 2020**.

SO ORDERED.

Dated: March 30, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge